LAWRENCE M. SCHWAB (Bar No. 085600)
lschwab@bbslaw.com
GAYE N. HECK (Bar No. 170804)
gheck@bbslaw.com
JESSICA G. MCKINLAY (Bar No. 282743)
jmckinlay@bbslaw.com
Bialson, Bergen & Schwab
830 Menlo Avenue Suite 201
Menlo Park, CA 94025
Telephone:  (650) 857-9500
Facsimile:  (650) 494-2738

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT FOR

THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FORTINET INC., and FORTINET INTERNATIONAL INC., <br><br> Plaintiffs, <br><br> v. <br><br> HUB CYBER SECURITY LTD., <br><br> Defendant. | CASE NO. <br><br> **COMPLAINT** |

COMES   NOW,   Plaintiffs   FORTINET   INTERNATIONAL,   INC.   ("Fortinet

International"), and FORTINET INC., ("Fortinet") and for their Complaint against Defendant HUB

CYBER SECURITY LTD. ("HUB"), states as follows:

### PARTIES

1.      Fortinet International Inc. ("Fortinet International") is a Cayman Islands corporation

with  a  registered  office  address  of  PO  Box  309,  Ugland  House,  Grand  Cayman,  KY1-1104,

Cayman Islands.

2.      Fortinet Inc. ("Fortinet") is a Delaware corporation with a mailing address of 909

Kifer Road, Sunnyvale, CA 94086.

3.      HUB Cyber Security Ltd. ("HUB") is an Israeli company with its offices located at

-1-

1    17 Rothchild Boulevard, Tel Aviv, 6688120 Israel.

2        4.    HUB is a publicly traded company listed on the NASDAQ.

3        5.    HUB is the parent company of Comsec Distribution Ltd., an Israeli company

4    ("Comsec").

5        6.    In February 2023, Fortinet and HUB entered into a Guaranty Agreement (the

6    "Guaranty").

7        7.    On August 9, 2004, Fortinet International and Comsec Ltd. entered into an

8    International Distributor Agreement (the "Distributor Agreement").

9        8.    Comsec Distribution Ltd. is a subsidiary of Comsec Ltd. and on December 28, 2015,

10    the International Distributor Agreement between Fortinet International, Inc. and Comsec Ltd. was

11    amended to identify Comsec Distribution Ltd. as the counter-party to replace Comsec Ltd.

12                                **JURISDICTION**

13        9.    This Court has personal jurisdiction over HUB for all purposes because HUB

14    operates throughout the United States and is a publicly traded company.

15        10.    This Court has personal jurisdiction over HUB because the Guaranty identifies

16    California as the proper jurisdiction. Specifically, the Guaranty states, "This Agreement shall be

17    governed by and construed in accordance with the laws of California, without regard to provisions

18    regarding choice of law."

19        11.    This Court also has personal jurisdiction over HUB because the Guaranty was

20    signed while at least one of the parties was in California. Furthermore, the Guaranty was to be

21    performed by paying Fortinet, and its headquarters are in California.

22        12.    This Court has subject matter jurisdiction pursuant to 28 U.S.C. § 1332 because the

23    parties are diverse and the amount in controversy exceeds $75,000. Fortinet is a Delaware

24    corporation, Fortinet International is a Cayman Islands corporation and HUB is an Israeli

25    corporation.

26        13.    Venue is proper in this Court pursuant to 28 U.S.C. § 1391(b)(1) because this is the

27    judicial district in which Fortinet has its principal place of business. Upon information and belief,

28    venue is also proper in this Court pursuant to 28 U.S.C. § 1391(b)(2) because this is the judicial

district where a substantial part of the events giving rise to the claim occurred.

## FACTUAL BACKGROUND

## INTERNATIONAL DISTRIBUTOR AGREEMENT BETWEEN

## FORTINET AND COMSEC

14.    On August 9, 2004, Fortinet International and Comsec Ltd. entered into an International Distributor Agreement (the "Distributor Agreement").

15.    As part of the Distributor Agreement, Fortinet International agreed to provide certain content security products and services, and Comsec agreed to be appointed as a nonexclusive marketer and distributor of the products and services in a specific territory.

16.    For each Product Comsec ordered, Comsec agreed to pay Fortinet International the current MSRP less a distributor's discount.

17.    The payment terms indicated that Comsec would pay Fortinet International net forty-five days from the date of Fortinet International's invoice, in U.S. dollars, and either by check or money order, wire transfer, or an irrevocable Letter of Credit. Comsec would be responsible for all bank fees and charges.

18.    The Distributor Agreement also provided upon a dispute between the parties as to the Distributor Agreement, that "If any action or proceeding is commenced to enforce this Agreement or any right arising in connection with this Agreement, the prevailing party in such action or proceeding shall be entitled to recover from the other party the reasonable attorneys fees, costs and expenses incurred by such prevailing party in connection with such action or proceeding."

19.    Comsec was obligated to pay interest on all amounts not paid when due at 1.5% per month.

20.    The Distributor Agreement provided that Fortinet International had the contractual right to change payment terms, including to require Comsec to provide an Irrevocable Letter of Credit at any time if Comsec's financial condition or payment recorded indicated it was needed.

21.    The Distributor Agreement was for one year, with the term to automatically renew unless either party gave sixty days written notice of their decision to not extend the Agreement.

22.    The Distributor Agreement could be terminated by either party with ninety days

prior written notice.

23.     Comsec and Fortinet International were independent contractors of each other and had a non-exclusive relationship.

24.     The Distributor Agreement is confidential and will be filed with the Court under seal.

25.     Fortinet International fully performed its obligations under the Distributor Agreement.

26.     Sometime after the Distributor Agreement was signed and in or around 2019, Fortinet became the party to issue invoices to Comsec and to provide the security products and services to Comsec.

27.     Comsec and Fortinet were independent contractors of each other and had a non-exclusive relationship.

28.     Fortinet fully performed its obligations under the Distributor Agreement.

### HUB'S GUARANTY TO FORTINET

29.     Comsec failed to pay multiple invoices that came due and prompted Fortinet to seek additional assurances of payment.

30.     HUB is the parent company of Comsec.

31.     In February 2023, HUB entered into a Guaranty with Fortinet.

32.     The Guaranty states that Fortinet has extended credit to Comsec and Comsec wishes to increase its credit limit under the Distributor Agreement.

33.     The Guaranty provides Fortinet will increase Comsec's credit limit only if HUB guarantees the faithful payment performance of all the terms and conditions thereof.

34.     The Guaranty states, "The Guarantor hereby unconditionally and irrevocably guarantees full, prompt and complete payment by the Buyer, when due, of all of its obligations under the International Distributor Agreement and any purchase order issued pursuant to the agreement."

35.     The Guaranty further states that HUB agrees to make Fortinet whole, including by paying costs and fees, "The Guarantor agrees to indemnify [Fortinet] for any and all reasonable

-4-

costs and expenses (including attorneys' fees and expenses) incurred by [Fortinet] in enforcing any rights under this Agreement."

36.    The Guaranty also "waives . . . any rights they may have of first requiring [Fortinet] to proceed against, or enforce the Guaranty, or claim payment from the Buyer or any other person, firm or corporation."

37.    The Guaranty "shall remain in full force and effect until the payment, liabilities, and obligations of [Comsec] under the International Distributor Agreement have been discharged and performed in full."

38.    HUB "waives the making of any demand for payment upon [Comsec] and the giving by [Fortinet] of any notices to which [HUB] might otherwise be entitled by law."

**COMSEC IS IN DEFAULT OF THE INTERNATIONAL DISTRIBUTOR AGREEMENT**

39.    Comsec purchased various goods and services from Fortinet under the Distributor Agreement.

40.    Comsec has failed to pay multiple invoices that came due and owes $3,031,315.28, plus interest, attorneys' fees and costs, to Fortinet.

41.    Plaintiffs have performed the material contractual obligations under the Distributor Agreement that gave rise to the $3,031,315.28, plus interest, attorneys' fees and costs.

42.    HUB is personally liable for the full amount of the unpaid invoices, plus interest, that Fortinet issued to Comsec that Comsec failed to pay.

43.    Comsec failed to pay invoice no. 1612286129 which was due on February 13, 2023, in the amount of $5,618.75.

44.    Comsec failed to pay invoice no. 1612286301 which was due on February 13, 2023, in the amount of $749.29.

45.    Comsec failed to pay invoice no. 1612289086 which was due on February 13, 2023, in the amount of $70,616.56.

46.    Comsec failed to pay invoice no. 1612290537 which was due on February 14, 2023, in the amount of $11,946.80.

47.    Comsec failed to pay invoice no. 1612290538 which was due on February 14, 2023,

in the amount of $6,006.98.

48.    Comsec failed to pay invoice no. 1612291173 which was due on February 14, 2023, in the amount of $4,122.80.

49.    Comsec failed to pay invoice no. 1612291394 which was due on February 14, 2023, in the amount of $21,690.00.

50.    Comsec failed to pay invoice no. 1612291591 which was due on February 14, 2023, in the amount of $3,036.60.

51.    Comsec failed to pay invoice no. 1612291610 which was due on February 14, 2023, in the amount of $10,972.26.

52.    Comsec failed to pay invoice no. 1612291848 which was due on February 14, 2023, in the amount of $21,080.25.

53.    Comsec failed to pay invoice no. 1612292096 which was due on February 14, 2023, in the amount of $1,514.59.

54.    Comsec failed to pay invoice no. 1612292097 which was due on February 14, 2023, in the amount of $1,298.85.

55.    Comsec failed to pay invoice no. 1612292104 which was due on February 14, 2023, in the amount of $1,512.00.

56.    Comsec failed to pay invoice no. 1612292105 which was due on February 14, 2023, in the amount of $3,139.84.

57.    Comsec failed to pay invoice no. 1612292106 which was due on February 14, 2023, in the amount of $3,211.20.

58.    Comsec failed to pay invoice no. 1612292109 which was due on February 14, 2023, in the amount of $2,997.12.

59.    Comsec failed to pay invoice no. 1612292110 which was due on February 14, 2023, in the amount of $6,136.96.

60.    Comsec failed to pay invoice no. 1612292111 which was due on February 14, 2023, in the amount of $1,888.77.

61.    Comsec failed to pay invoice no. 1612292133 which was due on February 14, 2023,

in the amount of $2,583.00.

62.     Comsec failed to pay invoice no. 1612292182 which was due on February 14, 2023, in the amount of $523.74.

63.     Comsec failed to pay invoice no. 1612292212 which was due on February 14, 2023, in the amount of $16,335.00.

64.     Comsec failed to pay invoice no. 1612292213 which was due on February 14, 2023, in the amount of $4,956.56.

65.     Comsec failed to pay invoice no. 1612292214 which was due on February 14, 2023, in the amount of $9,481.12.

66.     Comsec failed to pay invoice no. 1612292216 which was due on February 14, 2023, in the amount of $13,604.79.

67.     Comsec failed to pay invoice no. 1612292239 which was due on February 14, 2023, in the amount of $4,866.75.

68.     Comsec failed to pay invoice no. 1612292240 which was due on February 14, 2023, in the amount of $8,420.24.

69.     Comsec failed to pay invoice no. 1612292242 which was due on February 14, 2023, in the amount of $725.50.

70.     Comsec failed to pay invoice no. 1612292255 which was due on February 14, 2023, in the amount of $2,596.02.

71.     Comsec failed to pay invoice no. 1612292273 which was due on February 14, 2023, in the amount of $37,422.00.

72.     Comsec failed to pay invoice no. 1612292274 which was due on February 14, 2023, in the amount of $4,722.96.

73.     Comsec failed to pay invoice no. 1612292275 which was due on February 14, 2023, in the amount of $17,820.00.

74.     Comsec failed to pay invoice no. 1612292276 which was due on February 14, 2023, in the amount of $11,007.00.

75.     Comsec failed to pay invoice no. 1612292277 which was due on February 14, 2023,

in the amount of $10,327.50.

76.    Comsec failed to pay invoice no. 1612292285 which was due on February 14, 2023, in the amount of $65,347.18.

77.    Comsec failed to pay invoice no. 1612292286 which was due on February 14, 2023, in the amount of $1,988.00.

78.    Comsec failed to pay invoice no. 1612292287 which was due on February 14, 2023, in the amount of $23,713.32.

79.    Comsec failed to pay invoice no. 1612292352 which was due on February 14, 2023, in the amount of $153,029.29.

80.    Comsec failed to pay invoice no. 1612292359 which was due on February 14, 2023, in the amount of $385,712.89.

81.    Comsec failed to pay invoice no. 1612292888 which was due on February 14, 2023, in the amount of $3,984.12.

82.    Comsec failed to pay invoice no. 1612292923 which was due on February 14, 2023, in the amount of $5,508.00.

83.    Comsec failed to pay invoice no. 1612292950 which was due on February 14, 2023, in the amount of $6,403.05.

84.    Comsec failed to pay invoice no. 1612293274 which was due on February 17, 2023, in the amount of $403.65.

85.    Comsec failed to pay invoice no. 1612293275 which was due on February 17, 2023, in the amount of $403.65.

86.    Comsec failed to pay invoice no. 1612293276 which was due on February 17, 2023, in the amount of $403.65.

87.    Comsec failed to pay invoice no. 1612293361 which was due on February 17, 2023, in the amount of $252.20.

88.    Comsec failed to pay invoice no. 1612293404 which was due on February 17, 2023, in the amount of $584.35.

89.    Comsec failed to pay invoice no. 1612293405 which was due on February 17, 2023,

in the amount of $404.04.

90.    Comsec failed to pay invoice no. 1612293406 which was due on February 17, 2023, in the amount of $354.90.

91.    Comsec failed to pay invoice no. 1612293885 which was due on February 17, 2023, in the amount of $148.06.

92.    Comsec failed to pay invoice no. 1612293888 which was due on February 17, 2023, in the amount of $612.27.

93.    Comsec failed to pay invoice no. 1612294003 which was due on February 17, 2023, in the amount of $3,613.97.

94.    Comsec failed to pay invoice no. 1612294004 which was due on February 17, 2023, in the amount of $2,480.15.

95.    Comsec failed to pay invoice no. 1612294005 which was due on February 17, 2023, in the amount of $1,752.66.

96.    Comsec failed to pay invoice no. 1612294069 which was due on February 17, 2023, in the amount of $3,732.51.

97.    Comsec failed to pay invoice no. 1612294070 which was due on February 17, 2023, in the amount of $1,786.23.

98.    Comsec failed to pay invoice no. 1612294071 which was due on February 17, 2023, in the amount of $553.29.

99.    Comsec failed to pay invoice no. 1612294072 which was due on February 17, 2023, in the amount of $1,078.80.

100.    Comsec failed to pay invoice no. 1612294074 which was due on February 17, 2023, in the amount of $1,168.70.

101.    Comsec failed to pay invoice no. 1612294079 which was due on February 17, 2023, in the amount of $970.24.

102.    Comsec failed to pay invoice no. 1612294084 which was due on February 17, 2023, in the amount of $11,389.01.

103.    Comsec failed to pay invoice no. 1612295047 which was due on February 18, 2023,

in the amount of $25,345.22.

104. Comsec failed to pay invoice no. 1612295244 which was due on February 18, 2023, in the amount of $2,758.20.

105. Comsec failed to pay invoice no. 1612295263 which was due on February 18, 2023, in the amount of $6,679.20.

106. Comsec failed to pay invoice no. 1612296319 which was due on February 19, 2023, in the amount of $3,921.89.

107. Comsec failed to pay invoice no. 1612296474 which was due on February 19, 2023, in the amount of $55,231.42.

108. Comsec failed to pay invoice no. 1612296481 which was due on February 19, 2023, in the amount of $6,364.52.

109. Comsec failed to pay invoice no. 1612299427 which was due on February 23, 2023, in the amount of $354.90.

110. Comsec failed to pay invoice no. 1612299428 which was due on February 23, 2023, in the amount of $321.75.

111. Comsec failed to pay invoice no. 1612299463 which was due on February 23, 2023, in the amount of $354.90.

112. Comsec failed to pay invoice no. 1612299467 which was due on February 23, 2023, in the amount of $330.98.

113. Comsec failed to pay invoice no. 1612299468 which was due on February 23, 2023, in the amount of $58.11.

114. Comsec failed to pay invoice no. 1612299478 which was due on February 23, 2023, in the amount of $780.22.

115. Comsec failed to pay invoice no. 1612299479 which was due on February 23, 2023, in the amount of $951.24.

116. Comsec failed to pay invoice no. 1612299480 which was due on February 23, 2023, in the amount of $252.20.

117. Comsec failed to pay invoice no. 1612299482 which was due on February 23, 2023,

1    in the amount of $321.75.

2        118.    Comsec failed to pay invoice no. 1612299483 which was due on February 23, 2023,

3    in the amount of $354.90.

4        119.    Comsec failed to pay invoice no. 1612299491 which was due on February 23, 2023,

5    in the amount of $764.40.

6        120.    Comsec failed to pay invoice no. 1612299510 which was due on February 23, 2023,

7    in the amount of $338.33.

8        121.    Comsec failed to pay invoice no. 1612299526 which was due on February 23, 2023,

9    in the amount of $118.72.

10        122.    Comsec failed to pay invoice no. 1612299537 which was due on February 23, 2023,

11    in the amount of $870.53.

12        123.    Comsec failed to pay invoice no. 1612299549 which was due on February 23, 2023,

13    in the amount of $1,097.60.

14        124.    Comsec failed to pay invoice no. 1612299550 which was due on February 23, 2023,

15    in the amount of $3,386.88.

16        125.    Comsec failed to pay invoice no. 1612299552 which was due on February 23, 2023,

17    in the amount of $7,334.06.

18        126.    Comsec failed to pay invoice no. 1612299588 which was due on February 23, 2023,

19    in the amount of $1,623.44.

20        127.    Comsec failed to pay invoice no. 1612299592 which was due on February 23, 2023,

21    in the amount of $311.22.

22        128.    Comsec failed to pay invoice no. 1612299609 which was due on February 23, 2023,

23    in the amount of $1,394.36.

24        129.    Comsec failed to pay invoice no. 1612299643 which was due on February 23, 2023,

25    in the amount of $404.04.

26        130.    Comsec failed to pay invoice no. 1612299756 which was due on February 23, 2023,

27    in the amount of $1,072.63.

28        131.    Comsec failed to pay invoice no. 1612299802 which was due on February 23, 2023,

in the amount of $11,450.92.

132.    Comsec failed to pay invoice no. 1612299813 which was due on February 23, 2023, in the amount of $14,453.40.

133.    Comsec failed to pay invoice no. 1612299814 which was due on February 23, 2023, in the amount of $9,375.31.

134.    Comsec failed to pay invoice no. 1612310610 which was due on March 2, 2023 in the amount of $1,771.12.

135.    Comsec failed to pay invoice no. 1612310611 which was due on March 2, 2023 in the amount of $1,960.14.

136.    Comsec failed to pay invoice no. 1612310612 which was due on March 2, 2023 in the amount of $3,801.84.

137.    Comsec failed to pay invoice no. 1612310622 which was due on March 2, 2023 in the amount of $22,109.66.

138.    Comsec failed to pay invoice no. 1612310715 which was due on March 2, 2023 in the amount of $2,205.06.

139.    Comsec failed to pay invoice 1612310716 which was due on March 2, 2023 in the amount of $354.90.

140.    Comsec failed to pay invoice no. 1612310719 which was due on March 2, 2023 in the amount of $409.50.

141.    Comsec failed to pay invoice no. 1612310722 which was due on March 2, 2023 in the amount of $1,623.44.

142.    Comsec failed to pay invoice no. 1612310754 which was due on March 2, 2023 in the amount of $1,170.12.

143.    Comsec failed to pay invoice no. 1612310776 which was due on March 2, 2023 in the amount of $1,195.66.

144.    Comsec failed to pay invoice no. 1612310780 which was due on March 2, 2023 in the amount of $336.70.

145.    Comsec failed to pay invoice no. 1612310790 which was due on March 2, 2023 in

the amount of $409.50.

146.    Comsec failed to pay invoice no. 1612310805 which was due on March 2, 2023 in the amount of $252.20.

147.    Comsec failed to pay invoice no. 1612310806 which was due on March 2, 2023 in the amount of $9,319.87.

148.    Comsec failed to pay invoice no. 1612310809 which was due on March 2, 2023 in the amount of $354.90.

149.    Comsec failed to pay invoice no. 1612310817 which was due on March 2, 2023 in the amount of $409.50.

150.    Comsec failed to pay invoice no. 1612310821 which was due on March 2, 2023 in the amount of $764.40.

151.    Comsec failed to pay invoice no. 1612310823 which was due on March 2, 2023 in the amount of $3,510.57.

152.    Comsec failed to pay invoice no. 1612310834 which was due on March 2, 2023 in the amount of $885.70.

153.    Comsec failed to pay invoice no. 1612310859 which was due on March 2, 2023 in the amount of $585.06.

154.    Comsec failed to pay invoice no. 1612310861 which was due on March 2, 2023 in the amount of $404.04.

155.    Comsec failed to pay invoice no. 1612310863 which was due on March 2, 2023 in the amount of $402.90.

156.    Comsec failed to pay invoice no. 1612310903 which was due on March 2, 2023 in the amount of $354.90.

157.    Comsec failed to pay invoice no. 1612310904 which was due on March 2, 2023 in the amount of $354.90.

158.    Comsec failed to pay invoice no. 1612310907 which was due on March 2, 2023 in the amount of $404.04.

159.    Comsec failed to pay invoice no. 1612310910 which was due on March 2, 2023 in

the amount of $353.07.

160.    Comsec failed to pay invoice no. 1612310972 which was due on March 2, 2023 in the amount of $144.90.

161.    Comsec failed to pay invoice no. 1612310979 which was due on March 2, 2023 in the amount of $51.23.

162.    Comsec failed to pay invoice no. 1612312088 which was due on March 3, 2023 in the amount of $3,514.22.

163.    Comsec failed to pay invoice no. 1612314478 which was due on March 4, 2023 in the amount of $780.00.

164.    Comsec failed to pay invoice no. 1612314625 which was due on March 4, 2023 in the amount of $4,206.13.

165.    Comsec failed to pay invoice no. 1612314626 which was due on March 4, 2023 in the amount of $1,729.73.

166.    Comsec failed to pay invoice no. 1612314719 which was due on March 4, 2023 in the amount of $20,925.07.

167.    Comsec failed to pay invoice no. 1612316313 which was due on March 5, 2023 in the amount of $2,468.88.

168.    Comsec failed to pay invoice no. 1612316328 which was due on March 5, 2023 in the amount of $311.40.

169.    Comsec failed to pay invoice no. 1612316348 which was due on March 5, 2023 in the amount of $21,139.26.

170.    Comsec failed to pay invoice no. 1612316511 which was due on March 5, 2023 in the amount of $8,019.00.

171.    Comsec failed to pay invoice no. 1612316582 which was due on March 5, 2023 in the amount of $5,224.50.

172.    Comsec failed to pay invoice no. 1612316583 which was due on March 5, 2023 in the amount of $62,004.03.

173.    Comsec failed to pay invoice no. 1612316632 which was due on March 5, 2023 in

the amount of $14,092.84.

174.    Comsec failed to pay invoice no. 1612316686 which was due on March 5, 2023 in the amount of $285.45.

175.    Comsec failed to pay invoice no. 1612316723 which was due on March 5, 2023 in the amount of $3,437.77.

176.    Comsec failed to pay invoice no. 1612316886 which was due on March 5, 2023 in the amount of $20,443.39.

177.    Comsec failed to pay invoice no. 1612316969 which was due on March 5, 2023 in the amount of $4,331.25.

178.    Comsec failed to pay invoice no. 1612317030 which was due on March 5, 2023 in the amount of $1,650.44.

179.    Comsec failed to pay invoice no. 1612317089 which was due on March 5, 2023 in the amount of $494.74.

180.    Comsec failed to pay invoice no. 1612317187 which was due on March 5, 2023 in the amount of $3,454.19.

181.    Comsec failed to pay invoice no. 1612317215 which was due on March 5, 2023 in the amount of $722.89.

182.    Comsec failed to pay invoice no. 1612317277 which was due on March 5, 2023 in the amount of $252.20.

183.    Comsec failed to pay invoice no. 1612317302 which was due on March 5, 2023 in the amount of $252.20.

184.    Comsec failed to pay invoice no. 1612317393 which was due on March 5, 2023 in the amount of $315.98.

185.    Comsec failed to pay invoice no. 1612317394 which was due on March 5, 2023 in the amount of $409.50.

186.    Comsec failed to pay invoice no. 1612317405 which was due on March 5, 2023 in the amount of $45,439.83.

187.    Comsec failed to pay invoice no. 1612317409 which was due on March 5, 2023 in

the amount of $403.65.

188.    Comsec failed to pay invoice no. 1612317549 which was due on March 5, 2023 in the amount of $240.56.

189.    Comsec failed to pay invoice no. 1612317642 which was due on March 5, 2023 in the amount of $356.96.

190.    Comsec failed to pay invoice no. 1612317716 which was due on March 5, 2023 in the amount of $288.02.

191.    Comsec failed to pay invoice no. 1612317875 which was due on March 5, 2023 in the amount of $1,016.82.

192.    Comsec failed to pay invoice no. 1612317878 which was due on March 5, 2023 in the amount of $1,000.42.

193.    Comsec failed to pay invoice no. 1612317879 which was due on March 5, 2023 in the amount of $1,665.98.

194.    Comsec failed to pay invoice no. 1612317880 which was due on March 5, 2023 in the amount of $7.91.

195.    Comsec failed to pay invoice no. 1612317899 which was due on March 5, 2023 in the amount of $4,121.09.

196.    Comsec failed to pay invoice no. 1612317940 which was due on March 5, 2023 in the amount of $5,029.69.

197.    Comsec failed to pay invoice no. 1612317946 which was due on March 5, 2023 in the amount of $3,454.19.

198.    Comsec failed to pay invoice no. 1612317972 which was due on March 5, 2023 in the amount of $3,532.80.

199.    Comsec failed to pay invoice no. 1612317980 which was due on March 5, 2023 in the amount of $1,066.03.

200.    Comsec failed to pay invoice no. 1612318056 which was due on March 5, 2023 in the amount of $7,400.89.

201.    Comsec failed to pay invoice no. 1612318854 which was due on March 5, 2023 in

the amount of $200,392.82.

202.  Comsec failed to pay invoice no. 1612321898 which was due on March 9, 2023 in the amount of $9,896.29.

203.  Comsec failed to pay invoice no. 1612322072 which was due on March 9, 2023 in the amount of $23,300.50.

204.  Comsec failed to pay invoice no. 1612322121 which was due on March 9, 2023 in the amount of $4,823.92.

205.  Comsec failed to pay invoice no. 1612323560 which was due on March 10, 2023 in the amount of $15,669.94.

206.  Comsec failed to pay invoice no. 1612323978 which was due on March 10, 2023 in the amount of $5,153.07.

207.  Comsec failed to pay invoice no. 1612325535 which was due on March 11, 2023 in the amount of $1,230.07.

208.  Comsec failed to pay invoice no. 1612325537 which was due on March 11, 2023 in the amount of $496.32.

209.  Comsec failed to pay invoice no. 1612325542 which was due on March 11, 2023 in the amount of $354.90.

210.  Comsec failed to pay invoice no. 1612325600 which was due on March 11, 2023 in the amount of $354.90.

211.  Comsec failed to pay invoice no. 1612325640 which was due on March 11, 2023 in the amount of $596.07.

212.  Comsec failed to pay invoice no. 1612325641 which was due on March 11, 2023 in the amount of $511.29.

213.  Comsec failed to pay invoice no. 1612325643 which was due on March 11, 2023 in the amount of $336.70.

214.  Comsec failed to pay invoice no. 1612325658 which was due on March 11, 2023 in the amount of $403.65.

215.  Comsec failed to pay invoice no. 1612325659 which was due on March 11, 2023 in

the amount of $354.90.

216.    Comsec failed to pay invoice no. 1612325681 which was due on March 11, 2023 in the amount of $404.04.

217.    Comsec failed to pay invoice no. 1612325682 which was due on March 11, 2023 in the amount of $464.10.

218.    Comsec failed to pay invoice no. 1612325697 which was due on March 11, 2023 in the amount of $354.90.

219.    Comsec failed to pay invoice no. 1612325700 which was due on March 11, 2023 in the amount of $863.66.

220.    Comsec failed to pay invoice no. 1612325716 which was due on March 11, 2023 in the amount of $1,114.76.

221.    Comsec failed to pay invoice no. 1612325718 which was due on March 11, 2023 in the amount of $2,878.33.

222.    Comsec failed to pay invoice no. 1612325719 which was due on March 11, 2023 in the amount of $3,347.23.

223.    Comsec failed to pay invoice no. 1612325725 which was due on March 11, 2023 in the amount of $1,539.24.

224.    Comsec failed to pay invoice no. 1612325726 which was due on March 11, 2023 in the amount of $584.35.

225.    Comsec failed to pay invoice no. 1612325730 which was due on March 11, 2023 in the amount of $354.90.

226.    Comsec failed to pay invoice no. 1612325751 which was due on March 11, 2023 in the amount of $1,348.75.

227.    Comsec failed to pay invoice no. 1612325757 which was due on March 11, 2023 in the amount of $1,168.70.

228.    Comsec failed to pay invoice no. 1612327513 which was due on March 11, 2023 in the amount of $5,513.20.

229.    Comsec failed to pay invoice no. 1612327876 which was due on March 12, 2023 in

the amount of $2,886.26.

230.    Comsec failed to pay invoice no. 1612327877 which was due on March 12, 2023 in the amount of $2,572.44.

231.    Comsec failed to pay invoice no. 1612328109 which was due on March 12, 2023 in the amount of $8,113.06.

232.    Comsec failed to pay invoice no. 1612328494 which was due on March 12, 2023 in the amount of $16,988.86.

233.    Comsec failed to pay invoice no. 1612333029 which was due on March 16, 2023 in the amount of $4,778.67.

234.    Comsec failed to pay invoice no. 1612333030 which was due on March 16, 2023 in the amount of $742.36.

235.    Comsec failed to pay invoice no. 1612333200 which was due on March 16, 2023 in the amount of $286.00.

236.    Comsec failed to pay invoice no. 1612334211 which was due on March 16, 2023 in the amount of $672.02.

237.    Comsec failed to pay invoice no. 1612335519 which was due on March 17, 2023 in the amount of $468.00.

238.    Comsec failed to pay invoice no. 1612335653 which was due on March 17, 2023 in the amount of $403.65.

239.    Comsec failed to pay invoice no. 1612335655 which was due on March 17, 2023 in the amount of $252.20.

240.    Comsec failed to pay invoice no. 1612335656 which was due on March 17, 2023 in the amount of $62.66.

241.    Comsec failed to pay invoice no. 1612335795 which was due on March 17, 2023 in the amount of $252.20.

242.    Comsec failed to pay invoice no. 1612335797 which was due on March 17, 2023 in the amount of $1,671.77.

243.    Comsec failed to pay invoice no. 1612335810 which was due on March 17, 2023 in

the amount of $428.61.

244.    Comsec failed to pay invoice no. 1612335820 which was due on March 17, 2023 in the amount of $403.65.

245.    Comsec failed to pay invoice no. 1612335821 which was due on March 17, 2023 in the amount of $1,626.30.

246.    Comsec failed to pay invoice no. 1612335858 which was due on March 17, 2023 in the amount of $409.50.

247.    Comsec failed to pay invoice no. 1612335866 which was due on March 17, 2023 in the amount of $403.65.

248.    Comsec failed to pay invoice no. 1612335874 which was due on March 17, 2023 in the amount of $4,593.76.

249.    Comsec failed to pay invoice no. 1612336071 which was due on March 17, 2023 in the amount of $415.42.

250.    Comsec failed to pay invoice no. 1612336180 which was due on March 17, 2023 in the amount of $354.90.

251.    Comsec failed to pay invoice no. 1612338100 which was due on March 18, 2023 in the amount of $3,571.96.

252.    Comsec failed to pay invoice no. 1612338112 which was due on March 18, 2023 in the amount of $909.99.

253.    Comsec failed to pay invoice no. 1612338113 which was due on March 18, 2023 in the amount of $728.28.

254.    Comsec failed to pay invoice no. 1612338638 which was due on March 18, 2023 in the amount of $6,860.39.

255.    Comsec failed to pay invoice no. 1612342103 which was due on March 19, 2023 in the amount of $7,024.78.

256.    Comsec failed to pay invoice no. 1612342235 which was due on March 19, 2023 in the amount of $12,308.82.

257.    Comsec failed to pay invoice no. 1612342251 which was due on March 19, 2023 in

the amount of $3,054.58.

258.    Comsec failed to pay invoice no. 1612348501 which was due on March 24, 2023 in the amount of $3,362.77.

259.    Comsec failed to pay invoice no. 1612348515 which was due on March 24, 2023 in the amount of $409.50.

260.    Comsec failed to pay invoice no. 1612348516 which was due on March 24, 2023 in the amount of $354.90.

261.    Comsec failed to pay invoice no. 1612348519 which was due on March 24, 2023 in the amount of $386.23.

262.    Comsec failed to pay invoice no. 1612348521 which was due on March 24, 2023 in the amount of $354.90.

263.    Comsec failed to pay invoice no. 1612348563 which was due on March 24, 2023 in the amount of $754.05.

264.    Comsec failed to pay invoice no. 1612348579 which was due on March 24, 2023 in the amount of $288.02.

265.    Comsec failed to pay invoice no. 1612348581 which was due on March 24, 2023 in the amount of $1,729.74.

266.    Comsec failed to pay invoice no. 1612348582 which was due on March 24, 2023 in the amount of $409.50.

267.    Comsec failed to pay invoice no. 1612348591 which was due on March 24, 2023 in the amount of $5,300.58.

268.    Comsec failed to pay invoice no. 1612348592 which was due on March 24, 2023 in the amount of $6,818.92.

269.    Comsec failed to pay invoice no. 1612350995 which was due on March 25, 2023 in the amount of $354.90.

270.    Comsec failed to pay invoice no. 1612350996 which was due on March 25, 2023 in the amount of $349.44.

271.    Comsec failed to pay invoice no. 1612351041 which was due on March 25, 2023 in

1    the amount of $99.46.

2        272.    Comsec failed to pay invoice no. 1612351042 which was due on March 25, 2023 in

3    the amount of $588.27

4        273.    Comsec failed to pay invoice no. 1612351171 which was due on March 25, 2023 in

5    the amount of $61,516.24.

6        274.    Comsec failed to pay invoice no. 1612351204 which was due on March 25, 2023 in

7    the amount of $336.70.

8        275.    Comsec failed to pay invoice no. 1612351208 which was due on March 25, 2023 in

9    the amount of $354.90.

10        276.    Comsec failed to pay invoice no. 1612351209 which was due on March 25, 2023 in

11    the amount of $757.84.

12        277.    Comsec failed to pay invoice no. 1612351210 which was due on March 25, 2023 in

13    the amount of $288.02.

14        278.    Comsec failed to pay invoice no. 1612351259 which was due on March 25, 2023 in

15    the amount of $250.64.

16        279.    Comsec failed to pay invoice no. 1612351260 which was due on March 25, 2023 in

17    the amount of $409.50.

18        280.    Comsec failed to pay invoice no. 1612351274 which was due on March 25, 2023 in

19    the amount of $93.99.

20        281.    Comsec failed to pay invoice no. 1612351291 which was due on March 25, 2023 in

21    the amount of $111,180.87.

22        282.    Comsec failed to pay invoice no. 1612351294 which was due on March 25, 2023 in

23    the amount of $863.66.

24        283.    Comsec failed to pay invoice no. 1612353525 which was due on March 26, 2023 in

25    the amount of $354.90.

26        284.    Comsec failed to pay invoice no. 1612353526 which was due on March 26, 2023 in

27    the amount of $403.65.

28        285.    Comsec failed to pay invoice no. 1612355734 which was due on March 27, 2023 in

1  the amount of $702.39.

2      286.    Comsec failed to pay invoice no. 1612357831 which was due on March 30, 2023 in

3  the amount of $39,847.50.

4      287.    Comsec failed to pay invoice no. 1612357832 which was due on March 30, 2023 in

5  the amount of $95,759.50.

6      288.    Comsec failed to pay invoice no. 1612358289 which was due on March 30, 2023 in

7  the amount of $409.50.

8      289.    Comsec failed to pay invoice no. 1612358292 which was due on March 30, 2023 in

9  the amount of $404.04.

10     290.    Comsec failed to pay invoice no. 1612358308 which was due on March 30, 2023 in

11  the amount of $409.50.

12     291.    Comsec failed to pay invoice no. 1612358311 which was due on March 30, 2023 in

13  the amount of $697.65.

14     292.    Comsec failed to pay invoice no. 1612358312 which was due on March 30, 2023 in

15  the amount of $584.35.

16     293.    Comsec failed to pay invoice no. 1612358324 which was due on March 30, 2023 in

17  the amount of $354.90.

18     294.    Comsec failed to pay invoice no. 1612358380 which was due on March 30, 2023 in

19  the amount of $354.90.

20     295.    Comsec failed to pay invoice no. 1612358384 which was due on March 30, 2023 in

21  the amount of $321.75.

22     296.    Comsec failed to pay invoice no. 1612358417 which was due on March 30, 2023 in

23  the amount of $3,246.88.

24     297.    Comsec failed to pay invoice no. 1612358419 which was due on March 30, 2023 in

25  the amount of $3,386.88.

26     298.    Comsec failed to pay invoice no. 1612358420 which was due on March 30, 2023 in

27  the amount of $102.96.

28     299.    Comsec failed to pay invoice no. 1612358432 which was due on March 30, 2023 in

the amount of $3,855.66.

300.    Comsec failed to pay invoice no. 1612358440 which was due on March 30, 2023 in the amount of $1,086.54.

301.    Comsec failed to pay invoice no. 1612358527 which was due on March 30, 2023 in the amount of $1,760.99.

302.    Comsec failed to pay invoice no. 1612358532 which was due on March 30, 2023 in the amount of $922.47.

303.    Comsec failed to pay invoice no. 1612358557 which was due on March 30, 2023 in the amount of $9,568.12.

304.    Comsec failed to pay invoice no. 1612358575 which was due on March 30, 2023 in the amount of $6,307.26.

305.    Comsec failed to pay invoice no. 1612358603 which was due on March 30, 2023 in the amount of $6,545.63.

306.    Comsec failed to pay invoice no. 1612358608 which was due on March 30, 2023 in the amount of $3,093.22.

307.    Comsec failed to pay invoice no. 1612358709 which was due on March 30, 2023 in the amount of $2,719.41.

308.    Comsec failed to pay invoice no. 1612358786 which was due on March 30, 2023 in the amount of $878.64.

309.    Comsec failed to pay invoice no. 1612358881 which was due on March 30, 2023 in the amount of $409.50.

310.    Comsec failed to pay invoice no. 1612360960 which was due on March 31, 2023 in the amount of $238.90.

311.    Comsec failed to pay invoice no. 1612362927 which was due on April 1, 2023 in the amount of $404.04.

312.    Comsec failed to pay invoice no. 1612362957 which was due on April 1, 2023 in the amount of $409.50.

313.    Comsec failed to pay invoice no. 1612362965 which was due on April 1, 2023 in

1  the amount of $206.58.

2      314.    Comsec failed to pay invoice no. 1612363008 which was due on April 1, 2023 in
3  the amount of $325.86.

4      315.    Comsec failed to pay invoice no. 1612363041 which was due on April 1, 2023 in
5  the amount of $354.90.

6      316.    Comsec failed to pay invoice no. 1612363075 which was due on April 1, 2023 in
7  the amount of $409.50.

8      317.    Comsec failed to pay invoice no. 1612363179 which was due on April 1, 2023 in
9  the amount of $404.04.

10     318.    Comsec failed to pay invoice no. 1612363714 which was due on April 1, 2023 in
11 the amount of $2,343.33.

12     319.    Comsec failed to pay invoice no. 1612363724 which was due on April 1, 2023 in
13 the amount of $1,066.03.

14     320.    Comsec failed to pay invoice no. 1612364956 which was due on April 2, 2023 in
15 the amount of $1,276.16.

16     321.    Comsec failed to pay invoice no. 1612365643 which was due on April 2, 2023 in
17 the amount of $1,722.38.

18     322.    Comsec failed to pay invoice no. 1612365956 which was due on April 2, 2023 in
19 the amount of $7,605.44.

20     323.    Comsec failed to pay invoice no. 1612368049 which was due on April 3, 2023 in
21 the amount of $12,112.30.

22     324.    Comsec failed to pay invoice no. 1612368052 which was due on April 3, 2023 in
23 the amount of $41,482.80.

24     325.    Comsec failed to pay invoice no. 1612368053 which was due on April 3, 2023 in
25 the amount of $511.20.

26     326.    Comsec failed to pay invoice no. 1612368065 which was due on April 3, 2023 in
27 the amount of $9,519.86.

28     327.    Comsec failed to pay invoice no. 1612368066 which was due on April 3, 2023 in

the amount of $4,739.54.

328.    Comsec failed to pay invoice no. 1612368079 which was due on April 3, 2023 in the amount of $741.75.

329.    Comsec failed to pay invoice no. 1612368101 which was due on April 3, 2023 in the amount of $65,953.60.

330.    Comsec failed to pay invoice no. 1612368102 which was due on April 3, 2023 in the amount of $6,084.40.

331.    Comsec failed to pay invoice no. 1612368120 which was due on April 3, 2023 in the amount of $37,499.40.

332.    Comsec failed to pay invoice no. 1612368121 which was due on April 3, 2023 in the amount of $17,962.56.

333.    Comsec failed to pay invoice no. 1612368132 which was due on April 3, 2023 in the amount of $9,452.26.

334.    Comsec failed to pay invoice no. 1612368196 which was due on April 3, 2023 in the amount of $3,048.98.

335.    Comsec failed to pay invoice no. 1612368220 which was due on April 3, 2023 in the amount of $2,902.80.

336.    Comsec failed to pay invoice no. 1612368332 which was due on April 3, 2023 in the amount of $3,171.68.

337.    Comsec failed to pay invoice no. 1612368442 which was due on April 3, 2023 in the amount of $68,316.95.

338.    Comsec failed to pay invoice no. 1612368443 which was due on April 3, 2023 in the amount of $9,871.64.

339.    Comsec failed to pay invoice no. 1612368444 which was due on April 3, 2023 in the amount of $10,198.51.

340.    Comsec failed to pay invoice no. 1612368509 which was due on April 3, 2023 in the amount of $2,525.03.

341.    Comsec failed to pay invoice no. 1612368517 which was due on April 3, 2023 in

the amount of $2,902.80.

342.    Comsec failed to pay invoice no. 1612368524 which was due on April 3, 2023 in the amount of $9,155.75.

343.    Comsec failed to pay invoice no. 1612368532 which was due on April 3, 2023 in the amount of $9,622.44.

344.    Comsec failed to pay invoice no. 1612368583 which was due on April 3, 2023 in the amount of $20,906.05.

345.    Comsec failed to pay invoice no. 1612368584 which was due on April 3, 2023 in the amount of $25,883.25.

346.    Comsec failed to pay invoice no. 1612368585 which was due on April 3, 2023 in the amount of $3,123.00.

347.    Comsec failed to pay invoice no. 1612368586 which was due on April 3, 2023 in the amount of $1,744.05.

348.    Comsec failed to pay invoice no. 1612368587 which was due on April 3, 2023 in the amount of $1,235.30.

349.    Comsec failed to pay invoice no. 1612368617 which was due on April 3, 2023 in the amount of $8,200.80.

350.    Comsec failed to pay invoice no. 1612368618 which was due on April 3, 2023 in the amount of $7,068.60.

351.    Comsec failed to pay invoice no. 1612376006 which was due on April 8, 2023 in the amount of $6,399.63.

352.    Comsec failed to pay invoice no. 1612376011 which was due on April 8, 2023 in the amount of $738.43.

353.    Comsec failed to pay invoice no. 1612376013 which was due on April 8, 2023 in the amount of $4,576.43.

354.    Comsec failed to pay invoice no. 1612376014 which was due on April 8, 2023 in the amount of $38.43.

355.    Comsec failed to pay invoice no. 1612376092 which was due on April 8, 2023 in

the amount of $7,899.79.

356.    Comsec failed to pay invoice no. 1612376131 which was due on April 8, 2023 in the amount of $336.70.

357.    Comsec failed to pay invoice no. 1612376255 which was due on April 8, 2023 in the amount of $1,096.78.

358.    Comsec failed to pay invoice no. 1612376258 which was due on April 8, 2023 in the amount of $331.52.

359.    Comsec failed to pay invoice no. 1612376262 which was due on April 8, 2023 in the amount of $1,193.79.

360.    Comsec failed to pay invoice no. 1612376268 which was due on April 8, 2023 in the amount of $409.50.

361.    Comsec failed to pay invoice no. 1612376277 which was due on April 8, 2023 in the amount of $354.90.

362.    Comsec failed to pay invoice no. 1612376292 which was due on April 8, 2023 in the amount of $354.90.

363.    Comsec failed to pay invoice no. 1612376300 which was due on April 8, 2023 in the amount of $6,814.04.

364.    Comsec failed to pay invoice no. 1612376358 which was due on April 8, 2023 in the amount of $336.70.

365.    Comsec failed to pay invoice no. 1612376735 which was due on April 8, 2023 in the amount of $351.60.

366.    Comsec failed to pay invoice no. 1612387052 which was due on April 14, 2023 in the amount of $900.00.

367.    Comsec failed to pay invoice no. 1612390152 which was due on April 15, 2023 in the amount of $321.16.

368.    Comsec failed to pay invoice no. 1612390255 which was due on April 15, 2023 in the amount of $999.53.

369.    Comsec failed to pay invoice no. 1612390273 which was due on April 15, 2023 in

the amount of $584.35.

370.    Comsec failed to pay invoice no. 1612390274 which was due on April 15, 2023 in the amount of $587.73.

371.    Comsec failed to pay invoice no. 1612390390 which was due on April 15, 2023 in the amount of $354.90.

372.    Comsec failed to pay invoice no. 1612390405 which was due on April 15, 2023 in the amount of $122.46.

373.    Comsec failed to pay invoice no. 1612390415 which was due on April 15, 2023 in the amount of $4,801.50.

374.    Comsec failed to pay invoice no. 1612390451 which was due on April 15, 2023 in the amount of $354.90.

375.    Comsec failed to pay invoice no. 1612390646 which was due on April 15, 2023 in the amount of $354.90.

376.    Comsec failed to pay invoice no. 1612390811 which was due on April 15, 2023 in the amount of $300.00.

377.    Comsec failed to pay invoice no. 1612391011 which was due on April 15, 2023 in the amount of $351.33.

378.    Comsec failed to pay invoice no. 1612391024 which was due on April 15, 2023 in the amount of $950.04.

379.    Comsec failed to pay invoice no. 1612391092 which was due on April 15, 2023 in the amount of $336.70.

380.    Comsec failed to pay invoice no. 1612391098 which was due on April 15, 2023 in the amount of $354.90.

381.    Comsec failed to pay invoice no. 1612391133 which was due on April 15, 2023 in the amount of $404.04.

382.    Comsec failed to pay invoice no. 1612391208 which was due on April 15, 2023 in the amount of $5,471.19.

383.    Comsec failed to pay invoice no. 1612398567 which was due on April 20, 2023 in

the amount of $3,871.77.

384. Comsec failed to pay invoice no. 1612399421 which was due on April 20, 2023 in the amount of $315.98

385. Comsec failed to pay invoice no. 1612399433 which was due on April 20, 2023 in the amount of $409.50.

386. Comsec failed to pay invoice no. 1612399437 which was due on April 20, 2023 in the amount of $252.20.

387. Comsec failed to pay invoice no. 1612399449 which was due on April 20, 2023 in the amount of $288.02.

388. Comsec failed to pay invoice no. 1612399519 which was due on April 20, 2023 in the amount of $294.76.

389. Comsec failed to pay invoice no. 1612399645 which was due on April 20, 2023 in the amount of $404.04.

390. Comsec failed to pay invoice no. 1612399842 which was due on April 20, 2023 in the amount of $764.40.

391. Comsec failed to pay invoice no. 1612401099 which was due on April 21, 2023 in the amount of $3,188.17.

392. Comsec failed to pay invoice no. 1612401110 which was due on April 21, 2023 in the amount of $1,168.70.

393. Comsec failed to pay invoice no. 1612401165 which was due on April 21, 2023 in the amount of $6,939.56.

394. Comsec failed to pay invoice no. 1612401188 which was due on April 21, 2023 in the amount of $1,417.15.

395. Comsec failed to pay invoice no. 1612401230 which was due on April 21, 2023 in the amount of $242.19.

396. Comsec failed to pay invoice no. 1612404493 which was due on April 22, 2023 in the amount of $910.00.

397. Comsec failed to pay invoice no. 1612423787 which was due on May 1, 2023 in the

1  amount of $5,400.00.

2  398.   Comsec failed to pay invoice no. 1612423799 which was due on May 1, 2023 in the

3  amount of $20,706.84.

4  399.   Comsec failed to pay invoice no. 1612423800 which was due on May 1, 2023 in the

5  amount of $4,182.20.

6  400.   Comsec failed to pay invoice no. 1612423814 which was due on May 1, 2023 in the

7  amount of $55,082.80.

8  401.   Comsec failed to pay invoice no. 1612423815 which was due on May 1, 2023 in the

9  amount of $4,893.68.

10  402.   Comsec failed to pay invoice no. 1612423827 which was due on May 1, 2023 in the

11  amount of $39,993.68.

12  403.   Comsec failed to pay invoice no. 1612423828 which was due on May 1, 2023 in the

13  amount of $3,426.82.

14  404.   Comsec failed to pay invoice no. 1612423829 which was due on May 1, 2023 in the

15  amount of $997.92.

16  405.   Comsec failed to pay invoice no. 1612423995 which was due on May 1, 2023 in the

17  amount of $1,183.70.

18  406.   Comsec failed to pay invoice no. 1612424072 which was due on May 1, 2023 in the

19  amount of $16,281.60.

20  407.   Comsec failed to pay invoice no. 1612424171 which was due on May 1, 2023 in the

21  amount of $5,579.28.

22  408.   Comsec failed to pay invoice no. 1612424178 which was due on May 1, 2023 in the

23  amount of $2,403.12.

24  409.   Comsec failed to pay invoice no. 1612424219 which was due on May 1, 2023 in the

25  amount of $25,852.58.

26  410.   Comsec failed to pay invoice no. 1612424265 which was due on May 1, 2023 in the

27  amount of $4,353.96.

28  411.   Comsec failed to pay invoice no. 1612424266 which was due on May 1, 2023 in the

amount of $6,109.36.

412.    Comsec failed to pay invoice no. 1612424267 which was due on May 1, 2023 in the amount of $6,174.00.

413.    Comsec failed to pay invoice no. 1612424268 which was due on May 1, 2023 in the amount of $952.56.

414.    Comsec failed to pay invoice no. 1612424280 which was due on May 1, 2023 in the amount of $9525.60.

415.    Comsec failed to pay invoice no. 1612424300 which was due on May 1, 2023 in the amount of $858.06.

416.    Comsec failed to pay invoice no. 1612424303 which was due on May 1, 2023 in the amount of $8,280.96.

417.    Comsec failed to pay invoice no. 1612424312 which was due on May 1, 2023 in the amount of $1,905.12.

418.    Comsec failed to pay invoice no. 1612424369 which was due on May 1, 2023 in the amount of $2,857.68.

419.    Comsec failed to pay invoice no. 1612424370 which was due on May 1, 2023 in the amount of $28,432.87.

420.    Comsec failed to pay invoice no. 1612424371 which was due on May 1, 2023 in the amount of $5,987.52.

421.    Comsec failed to pay invoice no. 1612424372 which was due on May 1, 2023 in the amount of $16,731.00.

422.    Comsec failed to pay invoice no. 1612424373 which was due on May 1, 2023 in the amount of $11,288.75.

423.    Comsec failed to pay invoice no. 1612424374 which was due on May 1, 2023 in the amount of $1,427.25.

424.    Comsec failed to pay invoice no. 1612424375 which was due on May 1, 2023 in the amount of $824.12.

425.    Comsec failed to pay invoice no. 1612424420 which was due on May 1, 2023 in the

1    amount of $26,638.19.

2    426.    Comsec failed to pay invoice no. 1612424422 which was due on May 1, 2023 in the

3    amount of $11,755.45.

4    427.    The invoices identified in paragraphs 43 to 426, above, are referred to as the "Unpaid

5    Invoices."

6    **COUNT I—BREACH OF CONTRACT**

7    428.    Plaintiffs reallege and incorporate by reference the allegations set forth in

8    Paragraphs 1 through 427 of the Complaint as if fully set forth herein.

9    429.    Plaintiffs fully performed all material obligations required of them under the

10    Distributor Agreement.

11    430.    Comsec failed to pay the Unpaid Invoices when they became due and owing for

12    products and services provided by Plaintiffs pursuant to the terms and conditions of the Distributor

13    Agreement.

14    431.    HUB personally guaranteed all of the invoices issued by Plaintiffs to Comsec

15    starting in February 2023, including the Unpaid Invoices.

16    432.    HUB has failed to meet its obligation under the Guaranty by failing to pay any of

17    the above-identified Unpaid Invoices that remain due and outstanding.

18    433.    Fortinet is entitled to be indemnified as provided in the Guaranty, "The Guarantor

19    [HUB] agrees to indemnify [Fortinet] for any and all reasonable costs and expenses (including

20    attorneys' fees and expenses) incurred by [Fortinet] in enforcing any rights under this Agreement.".

21    434.    As a direct, proximate and foreseeable result of HUB's refusal to pay what it owes

22    under the Guaranty, Plaintiffs have been damaged in the amount of $3,031,315.28, together with

23    interest according to proof, at the maximum rate permitted by law, and attorneys' fees and costs.

24    435.    WHEREFORE, Plaintiffs pray for judgment as set forth below.

25    **COUNT II—ACCOUNT STATED**

26    436.    Plaintiffs reallege and incorporate by reference the allegations contained in

27    Paragraphs 1 through 435 of the Complaint as if fully set forth herein.

28    437.    Within the past four years, an account was stated in writing between Fortinet and

1  HUB.

2      438.    HUB became indebted to Fortinet on the account stated for money due.

3      439.    Fortinet is entitled to attorneys' fees and costs as provided in the Guaranty.

4      440.    Although Fortinet has demanded payment of the stated account from HUB for the

5  Unpaid Invoices, no part of the amount due has been paid, and there is now due from HUB to

6  Plaintiff an amount of $3,031,315.28, together with attorneys' fees, costs and interest according to

7  proof, at the maximum rate as permitted by law.

8      441.    WHEREFORE, Plaintiffs pray for judgment as set forth below.

9                          **COUNT III—UNJUST ENRICHMENT**

10      442.    Plaintiffs reallege and incorporate by reference Paragraphs 1 through 441 of the

11  Complaint as if fully set forth herein.

12      443.    Within the last four years, Plaintiffs provided products and services rendered at the

13  special instance and request of HUB and for which HUB promised to pay Fortinet.

14      444.    Plaintiffs provided products and services in the sum of $3,031,315.28, plus interest,

15  at the request of HUB.

16      445.    HUB is liable to pay $3,031,315.28, together with interest according to proof, and

17  at a maximum rate permitted by law.

18      446.    WHEREFORE, Plaintiffs pray for judgment as set forth below.

19                          **COUNT IV—OPEN BOOK ACCOUNT**

20      447.    Plaintiffs reallege and incorporate by reference Paragraphs 1 through 446 of the

21  Complaint as if fully set forth herein.

22      448.    Although the Plaintiffs have demanded payment of the open book account from

23  Defendant, no part of the amount due has been paid, and there is now due from Defendant to

24  Plaintiff an amount of $3,031,315.28, together with interest according to proof, and at a maximum

25  rate permitted by law, and attorney fees and costs.

26      449.    WHEREFORE, Plaintiffs pray for judgment as set forth below.

27                          **RELIEF REQUESTED**

28      WHEREFORE, Plaintiffs respectfully request that this Court enter judgment in their favor

-34-

and against HUB and enter an award as follows:

FIRST, SECOND, THIRD, AND FOURTH CLAIMS FOR RELIEF

1)  For damages in the amount of $3,031,315.28;

2)  For pre-judgment interest on the above amount at the maximum rate permitted by law running from the date of each unpaid invoice issued pursuant to the Distributor Agreement that has never been paid;

3)  For post-judgment interest at the maximum rate permitted by law;

4)  For the costs of enforcing the Guaranty as provided in the Guaranty, including attorneys' fees and costs;

5)  For costs of suit; and

6)  For such other and further relief at law or equity that this Court deems just and proper.

Dated: October 31, 2025                    BIALSON, BERGEN & SCHWAB

                                           By:   /s/ Jessica G. McKinlay
                                               Lawrence M. Schwab
                                               Gaye N. Heck
                                               Jessica G. McKinlay
                                               Bialson Bergen & Schwab
                                               Attorneys for Plaintiffs Fortinet International,
                                               Inc., and Fortinet, Inc.